ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARL JOSEPH WINSKI and ANNA WINSKI, | ) | No. 2:14-bk-16492-DPC |
| | ) | |
| | ) | UNITED STATES TRUSTEE'S |
| Debtors. | ) | MOTION TO CONVERT OR |
| | ) | DISMISS |

The United States Trustee, by and through the undersigned counsel, files this Motion to Convert or Dismiss and respectfully shows the following:

MEMORANDUM OF POINTS AND AUTHORITIES

Debtors, Carl Joseph Winski and Anna Winski ("Debtors"), filed their voluntary Chapter 11 bankruptcy petition in the above-captioned case on November 3, 2014.

Debtors are delinquent in the filing of the February 2016 and April 2016 monthly operating reports required by Local Rule 2005-1 and the Operating Guidelines and Reporting Requirements of the United States Trustee. Further, the

1

Debtors are delinquent in the payment of quarterly fees required to be paid under 28 U.S.C. § 1930(a)(6). The Debtors currently owe fees of at least $975.

11 U.S.C. § 1112(b) mandates that, in the absence of unusual circumstances establishing that conversion or dismissal is not in the best interests of the creditors and the estate, a Chapter 11 bankruptcy case be converted to Chapter 7 or be dismissed upon a showing of cause. *See* 11 U.S.C. § 1112(b). Cause is established upon a showing of, *inter alia,*:

(i) a debtor's unexcused failure to satisfy timely any filing or reporting requirement (11 U.S.C. § 1112(b)(4)(F)); and

(ii) failure to pay any fees or charges required under chapter 123 of title 28 [which includes quarterly fees payable under 28 U.S.C. § 1930(a)(6)] (11 U.S.C. § 1112(b)(4)(K)).

Based on the foregoing provisions, cause exists to dismiss this case. Specifically, Debtors are delinquent in filing all required monthly operating reports and have failed to pay all fees required by 28 U.S.C. § 1930(a)(6).

WHEREFORE the United States Trustee respectfully requests that this Court grant this Motion to Convert or Dismiss, whichever is in the best interests of creditors and the estate, and grant any other relief that the Court deems just and appropriate.

RESPECTFULLY SUBMITTED this 9th day of June, 2016.

        ILENE J. LASHINSKY
        United States Trustee
        District of Arizona

        /s/ JAG (NY #2520005)
        _____
        JENNIFER A. GIAIMO
        Trial Attorney

Copy of the foregoing electronically
mailed this 9th day of June, 2016, to:

**ADAM E. HAUF**
HAUF LAW, PLC.
4225 W GLENDALE AVENUE
SUITE A-104
PHOENIX, AZ 85051
623-252-0742
Fax : 623-321-2310
Email: adam@hauflaw.com


/s/ Jennifer A. Giaimo
_____